```
                                    FILED
                              CLERK, U.S. DISTRICT COURT

                              6/18/2025

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY: ____MMC____ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:25-CR-00500-PA |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer] |
| JACOB DANIEL TERRAZAS, | [CLASS A MISDEMEANOR] |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. §§ 111(a)(1), 2(a)]

On or about June 7, 2025, in Los Angeles County, within the Central District of California, defendant JACOB DANIEL TERRAZAS, and others known and unknown, each aiding and abetting the others, intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim L.C., an employee of the

//

//

United States Border Patrol, while L.C. was engaged in, and on account of, the performance of L.C.'s official duties.

A TRUE BILL

_____
Foreperson

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*/s/ Frances S. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

JOSHUA J. LEE
Assistant United States Attorney
General Crimes Section