UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:25-cr-00500-PA | Date: 07/11/2025 |
| Present: The Honorable: Pedro V. Castillo, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Marlene Ramirez | CS 07/11/2025 | Brenda N. Glavan |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s) ✓ Present Released on Bond | Attorneys for Defendants: ✓ Present DFPD |
|---|---|
| Jacob Daniel Terrazas | Gabriela Rivera |

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case   Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the Information Class A.
* Defendant is arraigned under name on the Information Class A.
* Defendant acknowledges having read the Information Class A and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Information Class A.
* This case is assigned to Judge Percy Anderson.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 08/12/2025 8:30 AM
* Counsel are directed to contact Judge Anderson's clerk with case information, interpreter requests, and custody status. Judge Anderson is located in 9A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA     PSAED     PSASA
    USMLA     USMED     USMSA
    Statistics Clerk        Interpreter
    CJA Supervising Attorney   Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 04
Initials of Deputy Clerk: MR by TRB