BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
ERIC L. MACKIE (Cal. Bar No. Pending)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3289
    Facsimile: (213) 894-0141
    E-mail:    eric.mackie@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>                v.<br><br>JACOB DANIEL TERRAZAS,<br><br>                Defendant. | No. 2:25-cr-00500-PA<br><br>NOTICE OF ERRATA AND REQUEST TO REMOVE ERRONEOUSLY FILED DOCUMENT |

PLEASE TAKE NOTICE that on August 14, 2025, the government inadvertently filed the Sentencing Memorandum on this docket as ECF No. 56. The filing was intended for United States v. Flores, Case No. 2:25-cr-00062-MRA.

This clerical error was corrected on August 15, 2025, and the document has been filed on the correct docket 2:25-cr-00062-MRA, ECF No. 31).

To prevent confusion and ensure the accuracy of the docket, the government respectfully requests that the Clerk remove/strike the erroneously filed document (ECF No. 56) from this case's docket (or,

in the alternative, restrict it from public view). No party will be prejudiced by this request.

 Dated: August 15, 2025                Respectfully submitted,

                                       BILAL A. ESSAYLI
                                       Acting United States Attorney

                                       CHRISTINA T. SHAY
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                       /s/ Eric L. Mackie
                                       ERIC L. MACKIE
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

2