UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00500-(A)-PA                                          Date: 08/15/2025

Present: The Honorable: Jean P. Rosenbluth, United States Magistrate Judge

Interpreter N/A                                          Language N/A

| Bea Martinez | CS 08/15/2025 | Eric Mackie / Patrick Kibbe |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s)    Present  Released on Bond | Attorneys for Defendants:  ✔ Present  DFPD |
|---|---|
| Jacob Daniel Terrazas | Ryan Shelley |

**Proceedings: Arraignment of**          ✔  **Assignment of Case**          **Appointment of Counsel**
**Defendant and/or**                          **Initial Appearance**

* Court accepted waiver of appearance.
* Defendant waives appearance under Fed. R. Crim. P. 10(b).
* Court does not question defendant as to true name.
* Defense Counsel pleads "not guilty" on behalf of the defendant to all counts of the Superseding Indictment A.
* This case is assigned to Judge Percy Anderson.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 09/23/2025 8:30 AM;
Status Conference: 09/12/2025 3:00 PM
* Counsel are directed to contact Judge Anderson's clerk with case information, interpreter requests, and custody status. Judge Anderson is located in 9A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:    PSALA         PSAED         PSASA         **Initial Appearance/Appointment of Counsel:** 00 : 00
       USMLA         USMED         USMSA
       Statistics Clerk            Interpreter              **Arraignment:** 00 : 02
       CJA Supervising Attorney    Fiscal              **Initials of Deputy Clerk:** BM by TRB