# *Exhibit A*

| | |
|---|---|
| **From:** | Mackie, Eric (USACAC) |
| **To:** | Valencia Munroe (USC); Gabriela Rivera; Ryan Shelley |
| **Subject:** | RE: USA v. Terrazas - 25-CR-500 PA - Hearing |
| **Date:** | Thursday, July 31, 2025 9:25:32 AM |
| **Attachments:** | image001.png |

Hi Ms. Munroe –

I, unfortunately, have a conflict tomorrow and will be unable to be present. Are there any days/times next week that would work for the Court?

Thank you,

ELM

**Eric Mackie | Assistant United States Attorney**
United States Attorney's Office | Central District of California
United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, CA 90012
T: 213-894-3289 | C: 213-393-6964
Eric.Mackie@usdoj.gov

---

**From:** Valencia Munroe <Valencia_Munroe@cacd.uscourts.gov>
**Sent:** Thursday, July 31, 2025 8:45 AM
**To:** Rivera, Gabriela (FD) <Gabriela_Rivera@fd.org>; Shelley, Ryan (FD) <Ryan_Shelley@fd.org>; Mackie, Eric (USACAC) <Eric.Mackie@usdoj.gov>
**Subject:** [EXTERNAL] USA v. Terrazas - 25-CR-500 PA - Hearing
**Importance:** High

Good Morning Counsel,

I am reaching out on behalf of Magistrate Judge Stevenson.

She would like to conduct a hearing in this matter with defendant present.  She is available on Friday at 10:00, 11:00 or 1:00 PM.

Please let me know which time works best for everyone.

Thank you.



**VALENCIA MUNROE**
COURTROOM DEPUTY TO THE
HONORABLE CHARLES F. EICK
UNITED STATES DISTRICT COURT
CALIFORNIA CENTRAL DISTRICT COURT
255 East Temple Street
Los Angeles, CA 90012-3332
Office: (213) 894-2523   Fax: (213) 894-2952
Email: Valencia_Munroe@cacd.uscourts.gov

*Exhibit A - 001*