*Exhibit B*

| | |
|---|---|
| **From:** | Mackie, Eric (USACAC) |
| **To:** | Gay Roberson (USC); KS_Chambers@cacd.uscourts.gov |
| **Cc:** | Gabriela Rivera; Valencia Munroe (USC); Ryan Shelley; Pang, Jason (USACAC) |
| **Subject:** | US v. Terrazas – Superseding Indictment (2:25-cr-00500-PA) |
| **Date:** | Tuesday, August 5, 2025 12:15:48 PM |

Dear Chambers,

I am writing to inform the Court and defense counsel that the government obtained a superseding indictment against Mr. Terrazas this morning from the Grand Jury. The superseding indictment elevates the charge from a misdemeanor to a felony offense.

We will provide a conformed copy of the indictment as soon as it is returned by Criminal Intake.

The government is prepared to proceed with the scheduled hearing at 1:00 p.m. today, should the Court still wish to convene. Otherwise, we are happy to coordinate with Judge Anderson's courtroom deputy to resume proceedings at a later date.

Please let me know how the Court would like to proceed.

Respectfully,

Eric M.

**Eric Mackie | Assistant United States Attorney**
United States Attorney's Office | Central District of California
United States Courthouse, Suite 1500 | 312 N. Spring St. | Los Angeles, CA 90012
T: 213-894-3289 | C: 213-393-6964
Eric.Mackie@usdoj.gov

*Exhibit B - 001*