CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
Gabriela Rivera (Bar No. 283633)
(E-Mail: gabriela_rivera@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JACOB DANIEL TERRAZAS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00500-PA-1 |
|---|---|
| Plaintiff, | **ORDER CONTINUING SENTENCING HEARING** |
| v. | |
| JACOB DANIEL TERRAZAS, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from April 6, 2026, to June 29, 2026.

Sentencing position papers are due on or before June 8, 2026.

DATED: March 31, 2026            By_____

PERCY ANDERSON
United States District Judge