AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
Gabriela Rivera (Bar No. 283633)
(E-Mail:  gabriela_rivera@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone:  (213) 894-2854
Facsimile:  (213) 894-0081

Attorneys for Defendant
JACOB DANIEL TERRAZAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00500-PA-1 |
|---|---|
| Plaintiff, | **ORDER CONTINUING SENTENCING HEARING** |
| v. | |
| JACOB DANIEL TERRAZAS, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing in this case is continued from June 29, 2026, to July 20, 2026, at 8:30 a.m.  Sentencing position papers are due on or before June 29, 2026.

Dated:  June 12, 2026

_____
PERCY ANDERSON
United States District Judge